IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRYON A. DOUGLAS,

       Plaintiff,

  v.

WARDEN SAN QUENTIN STATE, et al.,

       Defendants.

_____/

No. C 09-00950 CW (PR)

ORDER REGARDING IN FORMA
PAUPERIS MOTION

Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983.  On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed in forma pauperis (IFP) application.  Plaintiff filed a completed IFP application and a copy of his prisoner trust account statement; however, Plaintiff did not file a copy of his Certificate of Funds.

Ordinarily, a plaintiff is permitted to file a civil action in federal court without prepayment of fees or security if he submits an affidavit that he is unable to pay such fees or give security therefor.  See 28 U.S.C. § 1915(a).  If the plaintiff is a prisoner who alleges that he is unable to pay the full filing fee at the time of filing, he must submit: (1) an affidavit that includes a statement of all assets he possesses, and (2) a certified copy of the trust fund account statement for the prisoner for the six-month period immediately preceding the filing of the action, obtained from the appropriate official of each prison at which the prisoner is or was confined.  See id. § 1915(a)(1), (2).  If the court determines that the plaintiff is unable to pay the full filing fee

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1  at the time of filing, the plaintiff will be granted leave to

2  proceed IFP.  This means that the filing fee must be paid by way of

3  an installment plan, according to which the court first will assess

4  and collect a partial filing fee from the prisoner, and then the

5  prisoner will be required to make monthly payments of twenty

6  percent of the preceding month's income credited to the prisoner's

7  account until the full $350.00 filing fee is paid.  <u>Id.</u>

8  § 1915(b)(1).  The agency having custody of the prisoner is

9  responsible for forwarding to the court payments from the

10  prisoner's account each time the amount in the account exceeds ten

11  dollars.  <u>See</u> <u>id.</u>   Therefore, before the Court will proceed to

12  review the complaint Plaintiff is hereby ORDERED to file a copy of

13  his Certificate of Funds.  Plaintiff shall do so within <u>thirty (30)</u>

14  <u>days</u> of the date of this Order.

15      <u>Failure to file a copy of Plaintiff's Certificate of Funds as</u>

16  <u>ordered herein by the thirty-day deadline shall result in the</u>

17  <u>dismissal of this action without prejudice</u>.

18      IT IS SO ORDERED.

19  Dated:  6/23/09      _____

20                      CLAUDIA WILKEN
                        UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\Douglas0950.IFP-COF.wpd

**United States District Court**
For the Northern District of California

1

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

3

4

BRYON A. DOUGLAS,

Plaintiff,

Case Number: CV09-00950 CW

5

**CERTIFICATE OF SERVICE**

v.

6

WARDEN SAN QUENTIN STATE et al,

7

Defendant.

8

_____ /

9

10

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

That on June 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

12

13

14

15

Bryan Anthony Douglas G44753
Mule Creek State Prison
P.O. Box 409020
Ione,  CA 95640

16

17

Dated: June 23, 2009

18

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\Douglas0950.IFP-COF.wpd

3